IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NOVAK, | ) | |
| Plaintiff, | ) | 1:10-4012 |
| v. | ) | Judge Dow |
| | ) | Magistrate Judge Keys |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., and | ) | |
| AMERICAN ELECTRIC POWER | ) | |
| SERVICE CORPORATION | ) | Jury Demanded |
| Defendants. | ) | |

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

Plaintiff hereby provides the Court with notice that on February 3, 2011, plaintiff James Novak accepted the offer of judgment attached hereto.


/s/Alexander H. Burke


**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

Alexander H. Burke certifies that this document was filed through the ECF system for the Northern District of Illinois on March 18, 2011. Counsel for defendants are as follows:

| **For Experian Information Solutions, Inc.** | **For American Electric Power Service Corporation** |
|---|---|
| **Gabriel H. Scannapieco** | **Laurie A. Martin Montplaisir** |
| JONES DAY | **Clare J. Quish** |
| 77 West Wacker Dr. | SCHUYLER, ROCHE & CRISHAM, P.C. |
| Suite 3500 | One Prudential Plaza |
| Chicago, Illinois 60601 | 130 E. Randolph Street |
| Telephone: (312) 782-3939 | Suite 3800 |
| Facsimile: (312) 782-8585 | Chicago, Illinois 60601 |
| Email: gscannapieco@jonesday.com | Telephone: (312) 565-2400 |
| | Facsimile: (312) 565-8300 |
| | Email: lmontplaisir@srcattorneys.com |
| | Email: cquish@srcattorneys.com |

/s/Alexander H. Burke

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JAMES NOVAK,**  <br><br>    **Plaintiff,**  <br><br>    v.  <br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICAN ELECTRIC POWER SERVICE CORPORATION,**  <br><br>    **Defendants.** | **Case No.: 1:10-cv-4012**  <br><br>**Hon. Robert M. Dow**  <br><br><br>**Jury Demanded** |

## **OFFER OF JUDGMENT**

Defendant Experian Information Solutions, Inc. ("Experian"), through its counsel, and, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby makes the following Offer of Judgment in favor of Plaintiff, James Novak:

Experian shall pay the sum of $4,500 which is the total amount that Experian shall be obligated to pay on account of any liability, claimed or which could have been claimed herein directly or indirectly, and which shall include any liability for costs of suit and attorney fees; the foregoing is the complete relief and satisfaction of all counts, claims or other causes of action alleged or which could have been alleged in this lawsuit, *James Novak v. Experian Information Solutions, Inc., and American Electric Power Service Corporation,* N.D. Ill. No. 1:10-cv-4012; there is no other relief not encompassed by this Offer.

This Offer of Judgment does not constitute and should not be interpreted in any way to constitute an admission of any liability whatsoever on the part of Experian or any person or entity in privity with Experian. To the contrary, Experian specifically disputes each and every claim made by Plaintiff. Additionally, evidence of this Offer is inadmissible at trial.

Experian is making this Offer of Judgment for the sole purpose of compromising disputed liability and avoiding the expense and inconvenience of further judicial proceedings. This Offer will remain open for ten (10) days after the date of service and may be accepted in writing by Plaintiff.

This Offer will be deemed withdrawn if it is not accepted in the time and manner described above. If this Offer is not accepted, and Plaintiff does not obtain a judgment more favorable than this Offer, then pursuant to Fed. R. Civ. P. 68, Plaintiff must pay the costs incurred by Experian after the making of this Offer.

Dated: January 27, 2011                                         Respectfully submitted,


s/Gabriel Scannapieco
Gabriel Scannapieco (6287298)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois  60601
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585
Email:         gscannapieco@jonesday.com

Niloy Ray (6293619)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois  60601
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585
Email:         nray@jonesday.com

## CERTIFICATE OF SERVICE

I, Gabriel H. Scannapieco, certify that on the 27th day of January, 2011, I served the foregoing via electronic delivery to all parties that have filed an appearance in this matter at their e-mail addresses on file with the Court.

| **For Plaintiff** | **For American Electric Power Service Corporation** |
|---|---|
| **Alexander H. Burke** | **Laurie A. Martin Montplaisir** |
| BURKE LAW OFFICES, LLC | **Clare J. Quish** |
| 155 N. Michigan Ave. | SCHUYLER, ROCHE & CRISHAM, P.C. |
| Suite 9020 | One Prudential Plaza |
| Chicago, Illinois 60601 | 130 E. Randolph Street |
| Telephone: (312) 729-5288 | Suite 3800 |
| Email: ABurke@BurkeLawLLC.com | Chicago, Illinois 60601 |
| | Telephone: (312) 565-2400 |
| | Facsimile: (312) 565-8300 |
| | Email: lmontplaisir@srcattorneys.com |
| | Email: cquish@srcattorneys.com |

CHI-1790134v1