**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES NOVAK, | ) | |
| Plaintiff, | ) | 1:10-4012 |
| v. | ) | Judge Dow |
| | ) | Magistrate Judge Keys |
| AMERICAN ELECTRIC POWER | ) | |
| SERVICE CORPORATION | ) | Jury Demanded |
| Defendants. | ) | |

**AMENDED COMPLAINT**

1.　　James Novak brings this action to secure redress for defendant American Electric Power Service Corporation's ("AEP") improper access to plaintiff's credit file and consumer reports, and failure to respond to plaintiff's requests for information pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681 et seq. ("FCRA").

2.　　AEP obtained plaintiff's consumer report multiple times when it knew or should have known that it did not have a permissible purpose for doing so.  AEP also refused to comply with the recent FCRA's "FACTA" amendment's requirements that it provide copies of documentation concerning alleged identity theft, upon due demand and proof of identity.

3.　　The Court dismissed the entire complaint against AEP on February 25, 2011, without prejudice.  Plaintiff repleads all Counts against AEP that were dismissed, with additional allegations in order to address the Court's concerns with the original complaint.

**PARTIES**

4.　　Plaintiff is an individual who resides in this district.

5.     Defendant Experian Information Solutions, Inc. is a consumer reporting agency.  Its registered agent in Illinois is CT Corporation Service, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

6.     Defendant American Electric Power is a utility company that accessed plaintiff's credit report numerous times.

## JURISDICTION

7.     This Court has federal question jurisdiction to hear this case under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681p and 1692k, and supplemental jurisdiction to hear the state law claims pursuant to 28 U.S.C. §1367.

8.     Venue is proper because a substantial part of the events or omissions giving rise to the claims occurred here.

## FACTS

9.     AEP received an application for electric power service from a person named James Smith on October 20, 2009.

10.     AEP performed a credit check in association with this application by James Smith on October 20, 2009.

11.     When AEP performed the first credit check on October 20, 2009, it accessed plaintiff's consumer report, rather than that of James Smith.

12.     As part of the information that came along with this first consumer report, AEP received notice that plaintiff had an extended fraud alert on his consumer report.

13.     Upon information and belief, the notice that AEP received read:

ID FRAUD VICTIM ALERT. FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 630-XXX-XXXX OR EVENING 815-XXX-XXXX. THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 08-29-09.

The phone numbers have been partially redacted to preserve the integrity of plaintiff's personal information.

14.     Instead of calling plaintiff as instructed in this statement, AEP accessed plaintiff's consumer report again on October 20, 2009.

15.     Each consumer report AEP received included the notice quoted above.

16.     AEP accessed each of these consumer reports with the intention of assessing creditworthiness for a consumer transaction. Additionally, upon information and belief, AEP certified to Experian, the consumer reporting agency from which the consumer reports were accessed, that it would access consumer reports for purposes of assessing creditworthiness, at the request of the consumer.

17.     However, AEP did not have plaintiff's authorization to access plaintiff's consumer report at all. Nor did AEP have any other permissible purpose to do so pursuant to 15 U.S.C. §1681b, either.

18.     AEP's access of the second consumer report as alleged above was reckless and willful.

19.     AEP should have called plaintiff when it received the first fraud alert, instead of again accessing plaintiff's consumer report. Plaintiff does not bring suit for AEP's first access of his credit report on October 20, 2009.

20.     Plaintiff was damaged by AEP's access of his consumer report on October 20, 2009.

21.     On October 21, 2009, an employee or agent of AEP named "Miss Cheryl" at extension 823 called plaintiff.  Ms. Cheryl informed plaintiff that AEP had accessed plaintiff's consumer report and received the fraud alerts mentioned above.

22.     However, Ms. Cheryl did not tell plaintiff that AEP had accessed his consumer report twice.

23.     Shortly thereafter, Plaintiff sent the letter attached as Exhibit A to defendant AEP requesting, among other things, a "copy of the application and business transaction records" for the account for which AEP had accessed plaintiff's consumer report, pursuant to the FCRA,  15 U.S.C. §1681g(e).

24.     AEP received this letter and responded on or about December 21, 2009, and declined to provide the requested information in spite of the fraud alert and the fact that it had accessed plaintiffs credit report, because, in AEP's view, nobody had done anything wrong.  Exhibit B.  After all, AEP's letter states, "We do not provide electric service anywhere in Illinois and do not have an account associated with your social security number."

25.     Plaintiff sent another letter to AEP on December 27, 2009, again requesting documentation pursuant to 15 U.S.C. §1681g.  Exhibit C.

26.     AEP received this letter.

27.     AEP then accessed plaintiff's consumer report *again* on January 12, 2010. Exhibit D.

28.     AEP did not have a permissible purpose for accessing plaintiff's credit report on that date, pursuant to 15 U.S.C. §1681b.

29.     On January 14, 2010, AEP responded to plaintiff's second demand for documentation in a condescending manner, placing the word "documentation" referring to the documents plaintiff had enclosed in her request in quotation marks, and suggesting that plaintiff hire an attorney.  Exhibit E.

30.     Not only was the documentation provided by plaintiff sufficient to trigger AEP's duty to provide the requested information, it was also sufficient pursuant to other consumer statutes that provide protections regarding identity theft, such as the Illinois Consumer Fraud Act, 815 ILCS 505/2VV.

31.     Plaintiff hired the undersigned, who called AEP and requested that the company comply with the request.  AEP refused.

32.     AEP's refusal to provide the requested documentation was not reasonable under the circumstances, and was, in fact, unfair within the meaning of the Illinois Consumer Fraud Act.

33.     All of the credit reports AEP accessed were "consumer reports" within the meaning of the FCRA.  The information in the consumer reports was collected and compiled by Experian Information Solutions, Inc. for the purpose of providing the information to third parties, in order to assist those third parties in making decisions about whether to issue credit to plaintiff for personal, family and household purposes.

34.　For example, DirecTV accessed the same or a similar version of plaintiff's consumer report in association with plaintiff's application for satellite television service in his home.

35.　The information therein bears on plaintiff's credit worthiness, credit standing credit capacity, character, general reputation, personal characteristics and mode of living. These consumer reports were prepared to be used for personal, family or household purposes.

### COUNT I – FCRA Section 1681b

36.　Plaintiff incorporates all previous paragraphs. This Count is against AEP.

37.　The FCRA section 1681b(f) prohibits a "user" from accessing a consumer report except in extraordinary circumstances:

> (f) Certain use or obtaining of information prohibited
>
> A person shall not use or obtain a consumer report for any purpose unless—
>
>> (1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and
>>
>> (2) the purpose is certified in accordance with section 1681e of this title by a prospective user of the report through a general or specific certification.

38.　Section 1681b(a) provides a list of permissible purposes for accessing a consumer report.

39.　AEP did not have any permissible purpose listed in section 1681b, for accessing plaintiff's consumer report.

a. There was no court order permitting AEP to obtain plaintiff's consumer report. 15 U.S.C. §1681b(a)(1).

b. AEP did not have plaintiff's permission to access the consumer report. 15 U.S.C. §1681b(a)(2).

c. AEP had no reason to believe that there was some credit transaction between it and plaintiff. 15 U.S.C. §1681b(a)(3)(A).

d. AEP did not intend to use the consumer report for employment purposes. 15 U.S.C. §1681b(a)(3)(B).

e. AEP did not intend to use the information in connection with underwriting of insurance involving plaintiff. 15 U.S.C. §1681b(a)(3)(C).

f. AEP did not intend to use the information in connection with a determination of plaintiff's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consuder an applicant's financial responsibility or status. 15 U.S.C. §1681b(a)(3)(D).

g. AEP was not a potential investor or servicer or current insurer, and it did not intend to use the information in connection with a valuation or assessment of the credit or prepayment risks associated with an existing credit obligation. 15 U.S.C. §1681b(a)(3)(E).

h. AEP has no business dealings or potential business dealings with plaintiff.

i.   There has never been a business transaction or potential business transaction initiated by plaintiff, between plaintiff and AEP.  15 U.S.C. §1681b(a)(3)(F)(i).

j.   Plaintiff has never had an AEP account.  Therefore, AEP did not access the consumer report in order to do a account review to determine whether the consumer continued to meet the terms of the account. 15 U.S.C. §1681b(a)(3)(F)(ii).

k.   AEP is not an executive department or agency, and it did not access plaintiff's consumer report in connection with the issuance of government-sponsored individually-billed travel charge cards.  15 U.S.C. §1681b(a)(3)(G).

l.   There was no request by a head of any government that provided any pretext for AEP to access plaintiff's consumer report.  15 U.S.C. §1681b(a)(4).

m.   AEP was not an agency administering a State plan under section 654 of title 42, and the reports were not accessed for use to set an initial or modified child support award.  15 U.S.C. §1681b(a)(5).

n.   AEP is not the FDIC or the NCUA, and there was no permissible purpose pursuant to 15 U.S.C. §1681b(a)(6).

40.   AEP has never had a permissible purpose for accessing plaintiff's consumer report.

41.     , pursuant to 15 U.S.C. §1681b(f).   Plaintiff is not seeking damages for AEP's first access of his consumer report.

42.     These violations of section 1681b(f) were either willful, or negligent.   15 U.S.C. §§1681n and 1681o.

43.     Plaintiff was damaged by AEP's multiple impermissible access to his consumer report.   Plaintiff's damages include but are not limited to:

a.   Invasion of privacy.   *Matise v. TransUnion Corp.*, 1998 WL 872511 (N.D.Tex Nov. 20, 1998); *Murry v. GMAC Mortgage Corp.*, 434 F.3d 948 (7th Cir. 2006); *Myers v. Bennett Law Offices*, 238 F.3d 1068 (9th Cir. 2001); *Bakker v. McKinnon*, 152 F.3d 1007(8th Cir. 1998); *Yang v. Gov't Employees Ins. Co.*, 146 F.3d 1320 (*11th Cir. 1987).

b.   Annoyance, frustration, anger, loss of sleep.   Robinson v. Equifax, 560 F.3d 235, 241 (4th Cir. 2009); Yourke v. Experian Info. Solutions, Inc. 2007 WL 1795705, at *5 (N.D.Cal. June 20, 2007); Acton v. Bank  One Corp., 293 F.supp.2d 1092 (D.Ariz. 2003); Millstone v. O'Hanlon Reports, Inc., 383 F.Supp.2d 269 (E.D.Mo.  1974), *Aff'd.*, 528 F.2d 829 (8th Cir. 1976).

c.   Injury to reputation, family and sense of well-being.   Morris v. Credit Bureau of Cincinnati, 563 F.Supp. 962 (S.D.Ohio 1983)Dalton v. Capital Asssoc. Indus., 257 F.3d 409 (4th Cir. 2001); White v. Imperian Adjustment Corp., 2002 WL 1809084 (E.D.La. Aug. 6, 2002, aff='d on other grounds, 75 Fed. Appx. 972 (5th Cir. 2003).

    d.  Humiliation, embarrassment and mental distress. Fischl v. GMAC, 708 F.23d 143 (5th Cir. 1983); Thompson v. San Antonio Retail Merchants Ass'n, 682 F.2d 509 (5th Cir. 1982).

    e.  Credit Score Fluctuation. According to Consumerinfo.com, a third-party company that provides credit score monitoring, plaintiff's credit score increased 100 points during that month. Upon information and belief, based upon the fact that there was no other activity on plaintiff's consumer report, the fluctuation demonstrates a decrease in plaintiff's credit score as a result of the multiple access. In other words, upon information and belief, AEP's access to plaintiff's consumer report lowered plaintiff's credit score. Plaintiff has issued a subpoena to Consumerinfo.com to verify this.

44.    Plaintiff seeks actual, statutory and punitive damages arising out of this violation pursuant to section 1681n. Alternatively, if the violation is determined to have been only negligent, plaintiff seeks actual damages.

45.    Statutory and punitive damages are available if the defendant is found to have been reckless, pursuant to section 1681n, without regard to actual damages. All three types of damages are separately and independently recoverable. 15 U.S.C. §1681n, "Civil liability for willful noncompliance" states:

> (a) In general
> Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—

> (1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or
> (B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;
>
> (2) such amount of punitive damages as the court may allow; **and**
>
> (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

Emphasis added.

46.     Punitive damages are recoverable without regard to actual damages.

*Saunders v. Equifax Info. Svcs.*, 526 F.3d 142, 151 (4th Cir. 2008).

47.     Additionally, the January 2010 access of plaintiff's consumer report may have been knowing.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor and against AEP for:

    a.     Actual, statutory and punitive damages;

    b.     Attorney's fees and costs of suit; and

    c.     Any other relief the Court deems appropriate.

### COUNT II – FCRA - Injunctive Relief - 1681g

48.     Plaintiff incorporates all previous paragraphs.  This Count is against AEP.

49.     Plaintiff repleads this Count even though the Court dismissed it without prejudice because plaintiff believes the Court erred in dismissing it.

50.     Defendant AEP violated the FCRA, 15 U.S.C. §1681g(e) by failing to provide plaintiff with "a copy of application and business transaction records in the control of the business entity, whether maintained by the business entity or by another person on behalf of the business entity..." upon proper written request by plaintiff as alleged above.

51.     The FCRA, 15 U.S.C. §1681g(e)(5) permits a creditor like AEP "authority to decline to provide information" only under certain specific circumstances, none of which are present here:  (A) if the subsection does not require disclosure, (B) if the business does not have a high degree of confidence in knowing the requestor's identity (C) if the request for information is based upon a misrepresentation of fact, or (D) if the information requested is internet navigational data or information concerning a person's visit to a website or online service.

52.     According to AEP, the reason AEP did not comply with the request was that it conducted its own fraud investigation, and determined that there was none.

53.     A creditor's unilateral determination that there had been no fraud is not one of the specifically delineated reasons for refusing to provide the statutorily mandated disclosures.

54.     Furthermore, AEP was insulated from liability pursuant to 15 U.S.C. §§ 1681g(e)(7) and 1681g(e)(10), were it to have complied in good faith.

55.     Plaintiff does not seek damages pursuant to 15 U.S.C. §§1681n or 1681o. Plaintiff seeks an injunction requiring AEP to comply with 15 U.S.C. §1681g.  *Crabill v. Trans Union, L.L.C.*, 259 F.3d 662, 664 (7th Cir. 2001); *Califano v. Yamasaki*, 442 U.S. 682

12

(1979) ("absent the clearest command to the contrary from Congress, federal courts retain their equitable power to issue injunctions in suits over which they have jurisdiction.")

56.     Plaintiff has been damaged by AEP's noncompliance and has made numerous pre-suit demands for compliance.  AEP remains noncompliant.  Plaintiff thus requesst that the Court permanently enjoin defendant AEP from violating the FCRA, 15 U.S.C. §1681g, in the manner described herein.

WHEREFORE, plaintiff requests that the Court enter an order in favor of plaintiff and against defendant AEP:

a.     enjoining AEP from further violations of 15 U.S.C. §1681g, as described herein; and

b.     any other relief the Court finds appropriate.

Respectfully submitted,

Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands a trial by jury.

<u>Alexander H. Burke</u>

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**DOCUMENT PRESERVATION DEMAND**

Plaintiff hereby puts defendant on notice that, in discovery, he intends to request all documents, data and other things concerning plaintiff, plaintiff's credit file, credit reports and all tradelines and other data relating to such, and all documents, data and other things concerning the events and allegations in the complaint. In addition to defendant's typical duty to preserve evidence, demand is made to defendant to preserve these specific materials, and to preserve them for discovery in this suit.

<u>Alexander H. Burke</u>

# Exhibit A

Re: James J Novak

American Electric and Power

1 Riverside Plaza
Columbus, Ohio 43215-2373
614 716-1000

On October 21st 2009 I was called by a Miss Cheryl at extension 823, to inform me that upon running a report for a Mr. James Smith my information for Fraud alert was supplied to her. Upon myself and my wife's request for more information, she checked with her lead supervisor Lisa at extension 0914, and were denied more information. So I hereby am formally exercising my rights as below and request the following;

I suspect that there may have been fraudulent transactions, identity theft and/or mis-merged credit files associated with this account application. Please find attached a police report (report # 09-14697), notarized FTC identity theft affidavit, utility bill and a copy of my driver's license and Illinois state identification card. Please investigate the fraud, and send immediate confirmation that American Electric and Power has not opened the account with my information.

The Fair Credit Reporting Act, 15 U.S.C. §1681g(e) states in relevant part:

**For the purpose of documenting fraudulent transactions resulting from identity theft, not later than 30 days after the date of receipt of a request from a victim in accordance with paragraph (3), and subject to verification of the identity of the victim and the claim of identity theft in accordance with paragraph (2), a business entity that has provided credit to, provided for consideration products, goods, or services to, accepted payment from, or otherwise entered into a commercial transaction for consideration with, a person who has allegedly made unauthorized use of the means of identification of the victim, shall provide a copy of application and business transaction records in the control of the business entity, whether maintained by the business entity or by another person on behalf of the business entity, evidencing any transaction alleged to be a result of identity theft to ... the victim;**

Because of the fraudulent activity and the possibility of identity theft, I hereby request that you provide a copy of the application and business transaction records for this alleged account, *including documentation relating to any credit report accessed in association with this alleged account.*

Because of this investigation and the possibility of litigation against liable parties, I request that you preserve all documents, data, information and other things concerning this account, me, and any party that could possibly be associated with these issues, including the credit reporting agencies.

Thank you very much for your attention to these matters. Please contact me with any questions.

Sincerely,

James J. Novak, Jr.

████████████

Lockport IL 60441

630-███████

CC: American Electric and Power

212 E 6th St

Tulsa OK 74119

AEP 00004

Type or Print in
PERMANENT INK
See Hospital
or Physicians'
Handbook for
INSTRUCTIONS

MATCHING IDC

REGISTRATION
DISTRICT NO. **16.0**
REGISTERED
NUMBER

STATE OF ILLINOIS

**CERTIFICATE OF LIVE BIRTH** 112-

P. 00005

CHILD—NAME FIRST MIDDLE LAST | DATE OF BIRTH (MONTH, DAY, YEAR) HOUR
**James** **Jason** **Novak**

SEX | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) | IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY) | PLACE OF BIRTH COUNTY
3. | 4a. | 4b. | 5a. **Cook**

CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | HOSPITAL—NAME | (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER)
5b. | 5c. **yes** | 5d.

MOTHER—MAIDEN NAME FIRST MIDDLE LAST | AGE (AT TIME OF) | BIRTHPLACE (STATE OR FOREIGN COUNTRY)
6a. | 6c. **Illinois**

RESIDENCE STATE | COUNTY | CITY, TOWN, TWP. OR ROAD DISTRICT NO. | INSIDE CITY (YES/NO) | STREET AND NUMBER
7a. **Illinois** | 7b. **Cook** | 7c. **Chicago** | 7d. **yes** | 7e.

MOTHER'S COMPLETE MAILING ADDRESS | CITY OR TOWN
7f. **Chicago** **Illinois**

FATHER—NAME FIRST MIDDLE LAST | AGE (AT TIME OF) | BIRTHPLACE (STATE OR FOREIGN COUNTRY)
8a. | 8c. **Illinois**

INFORMANT'S SIGNATURE | RELATION TO CHILD
9a. ▷ *Celeste M. Novak* | 9b. **Mother**

I CERTIFY THAT THE ABOVE-NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE. | DATE SIGNED (MONTH, DAY, YEAR) | ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY)
SIGNATURE | 10b. | 10c. **M.D.**
10a. ▷ *Martin Shots* | ILLINOIS LICENSE NUMBER

CERTIFIER'S COMPLETE MAILING A STREET AND NUMBER OR R.F.D. | CITY OR TOWN **Chicago** | STATE **Ill** | ZIP **60629**
10e.

LOCAL REGISTRAR'S SIGNATURE | DATE REC'D BY LOCAL REGISTRAR
11a. ▷ *Jessie Pierson* COOK COUNTY DEPT. OF PUBLIC HEALTH - CHICAGO HEALTH JOHN B. HALL, M.D. | 11b.

ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF VITAL RECORDS

I HEREBY CERTIFY THAT the foregoing is a true and correct copy of the birth record for the child named in item 3 and that this record was established and filed in my office in accordance with the provisions of the Illinois statutes relating to the registration of births, stillbirths, and deaths.

DATE ▆▆▆▆▆ SIGNED *Jessie P. Pierson*

At COOK COUNTY DEPARTMENT OF PUBLIC HEALTH OFFICIAL TITLE Chief Deputy Registrar
1425 South Racine Avenue, Chicago, Illinois 60608

PRINTED BY THE AUTHORITY OF THE STATE OF ILLINOIS

`*** REC` ███████████████████████████ `(F-IA8 ) ***`

NUMI    DTE:03/02/07    SSN: ███████    XC:    UNIT:SR1    PG:001

## SOCIAL SECURITY ADMINISTRATION
## SOCIAL SECURITY NUMBER VERIFICATION

OUR RECORDS INDICATE THAT SOCIAL SECURITY NUMBER ███████ IS
ASSIGNED TO JAMES , JASON , NOVAK , .

YOUR SOCIAL SECURITY CARD IS THE OFFICIAL VERIFICATION OF YOUR SOCIAL SECURITY
NUMBER. THIS PRINTOUT DOES NOT VERIFY YOUR RIGHT TO WORK IN THE UNITED STATES.

PROTECT YOUR SOCIAL SECURITY NUMBER FROM FRAUD AND IDENTITY THEFT. BE CAREFUL
WHO YOU SHARE YOUR NUMBER WITH.

AEP 00006

AEP 00007







Average time to complete: 10 minutes

# Identity Theft Victims' Complaint and Affidavit

*A voluntary form for filing a report with law enforcement and disputes with credit reporting agencies and creditors about identity theft-related problems. Visit ftc.gov/idtheft to use a secure online version that you can print for your records.*

**Before completing this form:**
1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.
2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You *(the victim)*

### Now

(1) My full legal name: JAMES J NOVAK JR
First    Middle    Last    Suffix

(2) My date of birth: ▮▮▮▮
mm/dd/yyyy

(3) My Social Security number: ▮▮▮▮

(4) My driver's license: IL ▮▮▮▮
State    Number

(5) My current street address:
▮▮▮▮
Number & Street Name    Apartment, Suite, etc.
Lockport    IL    60441    USA
City    State    Zip Code    Country

(6) I have lived at this address since ▮▮▮▮
mm/yyyy

(7) My daytime phone: (630) ▮▮▮▮
My evening phone: (630) ▮▮▮▮
My email: ▮▮▮▮

This section is for the victim's information even if it is different from the earlier information.

Leave (3) blank until you provide this form to someone with a legitimate business need, such as when you are filing your report at a police station, or sending it to a consumer reporting company to correct your credit report.

### At the Time of the Fraud

(8) My full legal name was: JAMES J NOVAK JR
First    Middle    Last    Suffix

(9) My address was: Same As Above
Number & Street Name    Apartment, Suite, etc.

City    State    Zip Code    Country

(10) My daytime phone: ( ) Same As My evening phone: ( )
My email: _____ above.

If (8) to (10) is different from the earlier information, that means your information has changed since the fraud.

The Paperwork Reduction Act requires the FTC to display a valid control number (in this case, OMB control #3084-0047) before we can collect — or sponsor the collection of — your information, or require you to provide it.

AEP 00008

Victim's Name JAMES J NOVAK Jr Phone number (630 ███████) Page 2

## About the Fraud

### What & When

(11) My personal information or documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were *lost or stolen* on or about ___N / A___.
mm/dd/yyyy

(12) I *discovered* that my personal information had been *used* by someone else on or about ___10 / 21 / 09___.
mm/dd/yyyy

(13) I ☐did OR ☒did not authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services — or for any other purpose — as described in this report.

(14) I ☐did OR ☒did not receive any money, goods, services, or other benefit as a result of the events described in this report.

### Who

(15) I believe the following person(s) used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

(A) Name: ___JAMES___ ___A___ ___Smith___
First        Middle        Last        Suffix

Address: ___Unknown___
Number & Street Name        Apartment, Suite, etc.

___City___        ___State___        ___Zip Code___        ___Country___

Phone Numbers: (   ) Unknown (   )

Additional information about this person: ___HAVE HAD Mis merged___
___credit Reports with this person___
___For about 7 years Unknow IF Really___
___Stolen or mix up___

*Victim's Name*  JAMES J NOVAK JR  *Phone number* 630 ▮▮▮

(B)  Name: _____
            First      Middle      Last      Suffix

     Address: _____
           Number & Street Name      Apartment, Suite, etc.

     _____
         City      State      Zip Code      Country

     Phone Numbers: (___)_____  (___)_____

     Additional information about this person: _____
     _____
     _____
     _____

(16) I ☒ am   OR   ☐ am not   willing to press charges and/or work with law enforcement if charges are brought against the person(s) who committed the fraud.

(17) Additional information (for example, how the identity thief gained access to your information or which documents or information were used):

_____
_____
_____
_____
_____
_____

## About the Information or Accounts

(18) I wish to dispute the following personal information (such as my name, address, Social Security number, or date of birth) in my credit report as inaccurate as a result of this identity theft:

(A) _____
(B) _____
(C) _____

(19) Credit inquiries from these companies appear on my credit report as a result of this identity theft:

Company Name: _____
Company Name: _____
Company Name: _____

AEP 00010

Victim's Name **JAMES J NOVAK JR** Phone number (630) ▮▮▮▮▮ Page 4

(20)    Below are details about the different frauds committed using my personal information.

Name of Institution        Contact Person        Phone        Extension

Account Number        Routing Number        Affected check number(s)

Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan
☐ Government Benefits   ☐ Internet or Email   ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)        Total Amount Obtained ($)

---

Name of Institution        Contact Person        Phone        Extension

Account Number        Routing Number        Affected check number(s)

Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan
☐ Government Benefits   ☐ Internet or Email   ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)        Total Amount Obtained ($)

---

Name of Institution        Contact Person        Phone        Extension

Account Number        Routing Number        Affected check number(s)

Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan
☐ Government Benefits   ☐ Internet or Email   ☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)        Total Amount Obtained ($)

(20)
If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.

Enter any applicable information that you have, even if it is incomplete or an estimate.

If the thief committed two types of fraud at one company, list the company twice, giving the information about the two frauds separately.

Contact Person Someone you dealt with, whom an investigator can call about this fraud.

Account Number The number of the credit or debit card, bank account, loan, or other account that was misused.

Amount Obtained For instance, the total amount purchased with the card or withdrawn from the account.

AEP 00011

Victim's Name _____ Phone number (___) _____ Page 5

## Documentation

(21) I can verify my identity with these documents:

☐ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport). *If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☐ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill).

## Signature

**If possible, sign and date IN THE PRESENCE OF a law enforcement officer.**

(22) I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains will be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

_____      _____
Signature                            Date Signed (mm/dd/yyyy)

## Your Law Enforcement Report

(23) Select ONE:

☐ I was unable to file any law enforcement report.
☐ I filed an automated report with the law enforcement agency listed below.
☒ I filed my report in person with the law enforcement officer and agency listed below.

Will County Sheriff's Police  IL   09-14697   10/21/2009
Law Enforcement Department     State   Report Number   Filing Date (mm/dd/yyyy)

Darla Kaminski _____  815 727 8525
Officer's Name (please print)   Officer's Signature   Badge Number   Phone Number

Did the victim receive a copy of the report from the law enforcement officer?  ☒ Yes  OR  ☐ No

Victim's FTC complaint number (if available): _____

Sworn to BEFORE ME THIS 11th day of December 2009

OFFICIAL SEAL
GIACOMA D'AMBROSIO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-13-2010

_____
SIGNATURE



Case # 09-14697

**DARLA KAMINSKI**
Deputy, Patrol Division

Will County Sheriff's Department Emergency: 911
2402 E. Laraway Road Laraway: (815) 727-8575
Joliet, Illinois 60433 Fax: (815) 727-5295

AEP 00013

# Exhibit B



**AMERICAN®
ELECTRIC
POWER**

American Electric Power
1 Riverside Plaza
Columbus, OH 43215
AEP.com

James J. Novak
████████████████
Lockport, IL 60441

December 21, 2009

Dear Mr. Novak:

Marilyn McConnell
Senior Counsel
614/716-2964 (P)
614/716-1687 (F)
mcconnell@aep.com

     I received your letter of December 11, 2009, whereby you allege that a James Smith is using your identity in some fashion. I am sorry you are going through this, but there is nothing in your letter that connects any of this to American Electric Power. We do not provide electric service anywhere in Illinois and do not have an account associated with your social security number. You may have written to the wrong utility—your address calls us American Electric and Power, which is not our name.

     You should contact your own utility or the credit reporting agency that you indicated mixed up your credit with Mr. Smith.

Sincerely,

Marilyn McConnell

# Exhibit C

1/05/2010



American Electric Power
ATTN: Marilyn McConnell
Re: James Novak

Mrs. McConnell,

I am in receipt of your letter dated 12/21/2009 and while I appreciated the quick reply I am unsure that you understand the situation entirely I will attempt to make the situation clear for you.

I was in error on including the AND in your company name. However, as I stated in my prior letter to American Electric Power I was contacted by a Cheryl from call back number 1-866- 339-5576 OR 1-866-339-5574 as we were given both for contacting her back. She is extension 823. She had told my wife upon running a credit report for a Mr. James Smith my fraud alert came up to whereas she contacted me. My wife informed her that we would be requesting this information and she checked with her supervisor Lisa at extension 0914, Whereas we were told to mail in the request. I understand you do not supply power in Illinois where we live. This credit application with your company was for a location in Michigan. Contacting my utility company is irrelevant in this situation as they were not a party to the phone call nor current situation. I can not contact the Credit reporting agency in regards to this until I receive the requested documentation from American Electric Power. I am exercising my rights under the fair credit reporting act, and have supplied you with the proper documentation to request such.

The Fair Credit Reporting Act, 15 U.S.C. §1681g(e) states in relevant part:

For the purpose of documenting fraudulent transactions resulting from identity theft, not later than 30 days after the date of receipt of a request from a victim in accordance with paragraph (3), and subject to verification of the identity of the victim and the claim of identity theft in accordance with paragraph (2), a business entity that has provided credit to, provided for consideration products, goods, or services to, accepted payment from, or otherwise entered into a commercial transaction for consideration with, a person who has allegedly made unauthorized use of the means of identification of the victim, shall provide a copy of application and business transaction records in the control of the business entity, whether maintained by the business entity or by another person on behalf of the business entity, evidencing any transaction alleged to be a result of identity theft to ... the victim;

Because of the fraudulent activity and the possibility of identity theft, I hereby request that you provide a copy of the application and business transaction records for this alleged account, *including documentation relating to any credit report accessed in association with this alleged account.*

Because of this investigation and the possibility of litigation against liable parties, I request that you preserve all documents, data, information and other things concerning this account, me, and any party that could possibly be associated with these issues, including the credit reporting agencies.

AEP 00015

Please contact American Electric Power employee Cheryl at extension 823. As she knows what file and reference number this is in regards to. A copy of my prior letter, your response and my supporting documentation is once again attached for your easy referance.

Sincerely,
James J. Novak, Jr
███████████████
Lockport Il 60441
630-████████

CC: American Electric Power
212 E. 6th St
Tulsa OK 74119

AEP 00016

Re: James J Novak

American Electric and Power

1 Riverside Plaza
Columbus, Ohio 43215-2373
614 716-1000

On October 21st 2009 I was called by a Miss Cheryl at extension 823, to inform me that upon running a report for a Mr. James Smith my information for Fraud alert was supplied to her. Upon myself and my wife's request for more information, she checked with her lead supervisor Lisa at extension 0914, and were denied more information. So I hereby am formally exercising my rights as below and request the following;

I suspect that there may have been fraudulent transactions, identity theft and/or mis-merged credit files associated with this account application. Please find attached a police report (report # 09-14697), notarized FTC identity theft affidavit, utility bill and a copy of my driver's license and Illinois state identification card. Please investigate the fraud, and send immediate confirmation that American Electric and Power has not opened the account with my information.

The Fair Credit Reporting Act, 15 U.S.C. §1681g(e) states in relevant part:

**For the purpose of documenting fraudulent transactions resulting from identity theft, not later than 30 days after the date of receipt of a request from a victim in accordance with paragraph (3), and subject to verification of the identity of the victim and the claim of identity theft in accordance with paragraph (2), a business entity that has provided credit to, provided for consideration products, goods, or services to, accepted payment from, or otherwise entered into a commercial transaction for consideration with, a person who has allegedly made unauthorized use of the means of identification of the victim, shall provide a copy of application and business transaction records in the control of the business entity, whether maintained by the business entity or by another person on behalf of the business entity, evidencing any transaction alleged to be a result of identity theft to ... the victim;**

Because of the fraudulent activity and the possibility of identity theft, I hereby request that you provide a copy of the application and business transaction records for this alleged account, *including documentation relating to any credit report accessed in association with this alleged account.*

Because of this investigation and the possibility of litigation against liable parties, I request that you preserve all documents, data, information and other things concerning this account, me, and any party that could possibly be associated with these issues, including the credit reporting agencies.

Thank you very much for your attention to these matters. Please contact me with any questions.

Sincerely,

James J. Novak, Jr.

████████████

Lockport ████

630-████

CC: American Electric and Power

212 E 6th St

Tulsa OK 74119

*acct # w/ fra████*
*Ph # on fraud*
*alert*
*day → 630 ████*
*evening → 815-████*

AEP 00017



Average time to complete: 10 minutes

# Identity Theft Victims' Complaint and Affidavit

*A voluntary form for filing a report with law enforcement and disputes with credit reporting agencies and creditors about identity theft-related problems. Visit ftc.gov/idtheft to use a secure online version that you can print for your records.*

**Before completing this form:**
1. Place a fraud alert on your credit reports and review the reports for signs of fraud.
2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You *(the victim)*

### Now

(1) My full legal name: JAMES J NOVAK JR
First          Middle          Last          Suffix

(2) My date of birth: ▉▉▉▉▉▉
mm/dd/yyyy

(3) My Social Security number: ▉▉▉▉▉▉▉▉

(4) My driver's license: IL   N120 45070208
State          Number

(5) My current street address: ▉▉▉▉▉▉▉▉▉▉
Number & Street Name          Apartment, Suite, etc.

Lockport     IL     60441     USA
City          State          Zip Code          Country

(6) I have lived at this address since ▉▉▉▉▉▉
mm/yyyy

(7) My daytime phone: (630) ▉▉▉▉▉
My evening phone: (630) ▉▉▉▉▉
My email: ▉▉▉▉▉▉▉

### At the Time of the Fraud

(8) My full legal name was: JAMES J NOVAK JR
First          Middle          Last          Suffix

(9) My address was: Same As Above
Number & Street Name          Apartment, Suite, etc.

City          State          Zip Code          Country

(10) My daytime phone: ( ) Same As   My evening phone: ( )
My email: Above

*This section is for the victim's information everything in this section to complete the form.*

*Leave (3) blank until you provide this form to someone with a legitimate business need — such as when you are filing your report at a police station or sending the dispute to a consumer reporting company to correct your credit report.*

*Skip (8)-(10) if your information has not changed since the fraud.*

The Paperwork Reduction Act requires the FTC to display a valid control number (in this case, OMB control #3084-0047) before we can collect — or sponsor the collection of — your information, or require you to provide it.

AEP 00018

Victim's Name  JAMES J NOVAK Jr Phone number (630 ▮▮▮▮▮  age 2

## About the Fraud

### What & When

(11)   My personal information or documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were *lost or stolen* on or about ___N/A___.
                         mm/dd/yyyy



(12)   I *discovered* that my personal information had been *used* by someone else on or about ___10/21/09___.
                      mm/dd/yyyy

(13)   I   ☐ did OR ☒ did not  authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services — or for any other purpose — as described in this report.

(14)   I   ☐ did OR ☒ did not  receive any money, goods, services, or other benefit as a result of the events described in this report.

### Who

(15)   I believe the following person(s) used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

(A)   Name:  JAMES      A      Smith
             First       Middle       Last       Suffix

      Address:  Unknown
              Number & Street Name       Apartment, Suite, etc.

     City          State      Zip Code     Country

Phone Numbers: ( ) Unknown ( )

Additional information about this person:  HAVE HAD MIS merged Credit Reports with this person For about 7 years Unknow IF Really Stolen or dmix up

*Victim's Name* __JAmeS J NovAk JR__ *Phone number* (63███████████3

(B)    Name: _____
              First            Middle          Last            Suffix

         Address: _____
                      Number & Street Name          Apartment, Suite, etc.

         _____
              City              State       Zip Code       Country

         Phone Numbers: (____)_____  (____)_____

         Additional information about this person: _____
         _____
         _____
         _____

(16)    I ☒ am    OR    ☐ am not  willing to press charges and/or work with law enforcement if
         charges are brought against the person(s) who committed the fraud.

(17)    Additional information (for example, how the identity thief gained access to your information or
         which documents or information were used):
         _____
         _____
         _____
         _____
         _____
         _____

## About the Information or Accounts

(18)    I wish to dispute the following personal information (such as my name, address, Social
         Security number, or date of birth) in my credit report as inaccurate as a result of this identity
         theft:

         (A) _____
         (B) _____
         (C) _____

(19)    Credit inquiries from these companies appear on my credit report as a result of this identity
         theft:

         Company Name: _____
         Company Name: _____
         Company Name: _____

AEP 00020

Victim's Name  JAMES J NOVAK JR   Phone number (630)　█████████   Page 4

(20)　Below are details about the different frauds committed using my personal information.

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|
| Account Number | Routing Number | Affected check number(s) | |

Account Type: ☐ Credit　☐ Bank　☐ Phone/Utilities　☐ Loan
☐ Government Benefits　☐ Internet or Email　☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)　　　Total Amount Obtained ($)

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|
| Account Number | Routing Number | Affected check number(s) | |

Account Type: ☐ Credit　☐ Bank　☐ Phone/Utilities　☐ Loan
☐ Government Benefits　☐ Internet or Email　☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)　　　Total Amount Obtained ($)

| Name of Institution | Contact Person | Phone | Extension |
|---|---|---|---|
| Account Number | Routing Number | Affected check number(s) | |

Account Type: ☐ Credit　☐ Bank　☐ Phone/Utilities　☐ Loan
☐ Government Benefits　☐ Internet or Email　☐ Other

Select ONE:
☐ This account was opened fraudulently.
☐ This was an existing account that someone tampered with.

Date Opened or Misused (mm/yyyy)　　　Total Amount Obtained ($)

(20)
If there were more than three frauds, copy this page blank and attach as many additional copies as necessary.

Enter any applicable information that you have even if it is incomplete or an estimate.

If the thief committed two types of fraud at one company, list the company twice, giving the information about the two frauds separately.

Contact Person is someone you dealt with whom an investigator can call about this fraud.

Account Number The number of the credit or debit card, bank account, loan or other account that was misused.

Amount Obtained For instance, the total amount purchased with the card or withdrawn from the account.

AEP 00021

Victim's Name _JAMES J NOVAK Jr_ Phone number (630)█████ Page 5

## Documentation

(21)    I can verify my identity with these documents:

☐ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport). *If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☐ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill).

## Signature

**If possible, sign and date *IN THE PRESENCE OF* a law enforcement officer.**

(22)    I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains will be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Signature _____    Date Signed (mm/dd/yyyy) _12-11-09_

## Your Law Enforcement Report

(23)    Select ONE:

☐ I was unable to file any law enforcement report.
☐ I filed an automated report with the law enforcement agency listed below.
☒ I filed my report in person with the law enforcement officer and agency listed below.

| Law Enforcement Department | State | Report Number | Filing Date (mm/dd/yyyy) |
|---|---|---|---|
| Will County Sheriff's Police | IL | 09-14697 | 10/21/2009 |

| Officer's Name (please print) | Officer's Signature | Badge Number | Phone Number |
|---|---|---|---|
| Darla Kaminski | | | 815 727 8575 |

Did the victim receive a copy of the report from the law enforcement officer?    ☐ Yes  OR  ☐ No

Victim's FTC complaint number (if available): _____

Sworn to ~~BEFORE ME THIS~~ 11th day of December 2009

OFFICIAL SEAL
GIACOMA D'AMBROSIO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-13-2010

SIGNATURE

Case # 09-14697



**DARLA KAMINSKI**
Deputy, Patrol Division

Will County Sheriff's Department
2402 E. Laraway Road
Joliet, Illinois  60433

Emergency: 911
Laraway: (815) 727-8575
Fax: (815) 727-5295

AEP 00023





SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY NUMBER VERIFICATION

OUR RECORDS INDICATE THAT SOCIAL SECURITY NUMBER          IS
ASSIGNED TO   JAMES , JASON , NOVAK , .

YOUR SOCIAL SECURITY CARD IS THE OFFICIAL VERIFICATION OF YOUR SOCIAL SECURITY
NUMBER. THIS PRINTOUT DOES NOT VERIFY YOUR RIGHT TO WORK IN THE UNITED STATES.

PROTECT YOUR SOCIAL SECURITY NUMBER FROM FRAUD AND IDENTITY THEFT. BE CAREFUL
WHO YOU SHARE YOUR NUMBER WITH.

Social Security Administration
7440 PROVIDENCE ROAD
WOODRIDGE, IL

Page 1 of 3

Name: JAMES J NOVAK JR

Service Location: ▮▮▮▮▮
DUPAGE TWP

Phone Number: ▮▮▮▮▮
Account Number: ▮▮▮▮▮

Issue Date: February 06, 2009

Lighting Information

| Component | No. of Components |
|-----------|-------------------|
| 250 W/30000 HPS Fld | 1 |

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|-----------|--------------|-----------|--------------|------------------------|---------|------|--------|-------|
| 02/06 | 998267450 | General Service | Tot kWh | 7758 EST | 8616 ACT | 858 | 1 | 858 |

**Current Period** — Residential – Single — Service from 01/06/2009 to 02/06/2009 – 31 Days

| Charge | Usage | Rate | Amount |
|--------|-------|------|--------|
| Customer Charge | | | $8.23 |
| Standard Metering Charge | | | 2.24 |
| Distribution Facilities Charge | 858 kWh X | 0.02407 | 20.65 |
| Transmission Services Charge | 858 kWh X | 0.00829 | 7.11 |
| Electricity Supply Charge | 858 kWh X | 0.07395 | 63.45 |
| Purchased Electricity Adjustment | | | 2.16 |
| Gen Assembly Rate Relief Credit | 858 kWh X | -0.00261 | -2.24 |
| Environmental Cost Recovery Adj | 858 kWh X | 0.00015 | 0.13 |
| Energy Efficiency Programs | 858 kWh X | 0.00053 | 0.45 |
| State Tax | | | 2.83 |
| **Total current charges** | | | **$105.01** |

**Current Period** — Residential Fixture Included Lighting — Service from 01/07/2009 to 02/06/2009 – 30 Days

| Charge | Usage | Rate | Amount |
|--------|-------|------|--------|
| Transmission Services Charge | 102 kWh X | 0.00819 | 0.84 |
| Lighting – Additional Equipment | | | 9.30 |
| Electricity Supply Charge | 102 kWh X | 0.03292 | 3.36 |
| Purchased Electricity Adjustment | | | 0.26 |
| Environmental Cost Recovery Adj | 102 kWh X | 0.00015 | 0.02 |
| Energy Efficiency Programs | 102 kWh X | 0.00035 | 0.04 |
| State Tax | | | 0.34 |
| **Total current charges** | | | |

Other Charges

Thank you for your payment of $133.84

Past due balances are subject to late charges. Want to get rid of an old fridge or freezer? For a limited time, ComEd will pay you a cash incentive to turn in your working second refrigerator or freezer. For details or to schedule a pick-up, enroll online at www.ComEd.com or call (888) 806-2273.

When paying in person, please bring the entire bill.

AEP 00026



**ComEd**
An Exelon Company   www.ComEd.com

Customer Service 1-800-Edison-1 (1-800-334-7661)

**Page 1 of 2**

Name
Service Location

*OCT*

Phone Number
Account Number

Issue Date    October 05, 2009

**Lighting Information**

| Component | No. of Components |
|---|---|
| 250 W/30000 HPS Fld | 1 |

**Meter Information**

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 10/05 | 998267450 | General Service | Tot kWh | 14148 ACT | 14861 ACT | 713 | 1 | 713 |

**Current Period** — Residential – Single    Service from 09/03/2009 to 10/05/2009 – 32 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $8.31 |
| Standard Metering Charge | | | 2.24 |
| Distribution Facilities Charge | 713 kWh X | 0.02407 | 17.16 |
| Transmission Services Charge | 713 kWh X | 0.00602 | 4.29 |
| Electricity Supply Charge | 713 kWh X | 0.06435 | 45.88 |
| Purchased Electricity Adjustment | | | 0.92 |
| Gen Assembly Rate Relief Credit | 713 kWh X | -0.00261 | -1.86 |
| Environmental Cost Recovery Adj | 713 kWh X | 0.00015 | 0.11 |
| Energy Efficiency Programs | 713 kWh X | 0.00089 | 0.63 |
| State Tax | | | 2.35 |
| **Total current charges** | | | **$80.03** |

**Current Period** — Residential Fixture Included Lighting    Service from 09/03/2009 to 10/05/2009 – 32 Days

| | | | |
|---|---|---|---|
| Transmission Services Charge | 102 kWh X | 0.00595 | 0.61 |
| Lighting – Additional Equipment | | | 9.30 |
| Electricity Supply Charge | 102 kWh X | 0.02865 | 2.92 |
| Purchased Electricity Adjustment | | | 0.13 |
| Environmental Cost Recovery Adj | 102 kWh X | 0.00015 | 0.02 |
| Energy Efficiency Programs | 102 kWh X | 0.00073 | 0.07 |
| State Tax | | | 0.34 |
| **Total current charges** | | | **$13.39** |

**Other Charges**

Thank you for your payment of $119.81.

Past due balances are subject to late charges. Pledge to change at least 1 incandescent lightbulb with a CFL. Take the pledge at www.comed.com/sites/HomeSavings/Pages/lightning pledge.aspx



When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

Account Number     Payment Receipt Stam

2579 1 AV 0.335  20581/002579/021335 010 01 GX9EY0     12345 10062009
JAMES J NOVAK JR

Payment Amount

Please pay this
amount by 10/27/2009    $93.42

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

AEP 00027

# Exhibit D



**AMERICAN®**
**ELECTRIC**
**POWER**

American Electric Power
1 Riverside Plaza
Columbus, OH 43215
AEP.com

James J. Novak, Jr.
████████████████
Lockport, Il 60441

January 14, 2010

Dear Mr. Novak:

arilyn McConnell
nior Counsel
4/716-2964 (P)
4/716-1687 (F)
ncconnell@aep.com

I have reviewed your letter as well as the "documentation" regarding the customer information you are attempting to obtain. I do not see any evidence of fraudulent activity, nor did our customer obtain, or attempt to obtain, credit based on any of your information, and thus I do not believe the Fair Credit Reporting Act applies to this situation.

We cannot release another person's personal information unless it is in response to a subpoena. I have spoken with Cheryl at the number you provided and she tells me that she told you the same thing. It is our best guess that the credit reporting agency has mixed up your information with another person's information. I understand that the credit reporting agency will not release information to you. I suggest that you talk to an attorney as I am not allowed to give you legal advice. An attorney could tell you what options are available to you in this circumstance.

Please direct all future correspondence to me, or in the event you do file suit against your credit reporting agency, please direct any subpoenas to me.

Sincerely,

Marilyn McConnell

Doc #396227.v1 Date: 1/14/2010 1:44 PM

AEP 00001